**No. 42472.**—Protest 872799–G of Cunard White Star, Ltd. (New York).

Opinion by DALLINGER, J.—It appeared that the imported miniature steamship is a model of the *Queen Mary*. It was held that the importation is not an entirety. The proof established that the model is composed in chief value of wood. It was, therefore, held dutiable at 33⅓ percent under paragraph 412. From the evidence it was found that the show case is in chief value of glass and as such properly dutiable as classified at 50 percent under paragraph 230.